**Everett Ledbetter and Kathleen Ledbetter, Appellees, v. Charles Rivers Aiken, Appellant.**

**Gen. No. 67–44.**

Second District.

March 22, 1968.

Rehearing denied and supplemental opinion June 24, 1968.

Vincent D. McConnell, of Chicago, for appellant; Carbary, Carbary and Chapski, of Elgin, for appellees. Opinion by PRESIDING JUSTICE ABRAHAMSON. **Not to be published in full.**